## EDMUND WILSON, ATTORNEY-GENERAL, APPELLANT, v. WILLIAM H. O'NEILL, RESPONDENT.

Argued March 13, 1914—Decided May 8, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 92.

For the appellant, *Nelson B. Gaskill.*

For the respondent, *Borden D. Whiting.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER, JJ. 10.

*For reversal*—None.